

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-19-00198-CV

**IN THE INTEREST OF A.R.C.**, a Child

From the 166th Judicial District Court, Bexar County, Texas
Trial Court No. 2018CI14592
Honorable John D. Gabriel, Jr.[1], Judge Presiding

BEFORE CHIEF JUSTICE MARION, JUSTICE MARTINEZ, AND JUSTICE CHAPA

In accordance with this court's opinion of this date, the trial court's March 18, 2019 order dismissing the suit for lack of jurisdiction is AFFIRMED.

We ORDER all costs of this appeal assessed against appellant Rachel Montezdeoca and that appellee Courtney N. Lytle recover her costs incurred in this appeal from appellant.

SIGNED March 4, 2020.

Luz Elena D. Chapa, Justice

---

[1] Senior Judge, sitting by assignment